the city of Buffalo. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

**FIDELITY DEVELOPMENT CO.**, Respondent, v. **NEW YORK & P. C. R. CO.**, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Appeal from Special Term. Action by the Fidelity Development Company against the New York & Port Chester Railroad Company. From an order denying defendant's motion for a stay, it appeals. Reversed, and proceedings stayed. Allen Wardwell, for appellant. Anson M. Beard, for respondent.

**PER CURIAM.** The order appealed from should be reversed, with $10 costs and disbursements, and the proceedings in the action stayed until 30 days after the entry of judgment on the referee's report in the action of Robinson v. This Defendant and Another, 108 N. Y. Supp. 91, with leave to defendant to then make such further motion as it shall be advised, and with leave to plaintiff to move to vacate the stay if the trial of the above-mentioned action or the entry of judgment therein be unreasonably delayed, without costs to either party in this court.

**FIESEL**, Respondent, v. **NEW YORK EDISON CO.**, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Cathrin Xavier Fiesel, as administratrix, etc., of Francis Xavier Fiesel, deceased, against the New York Edison Company. No opinion. Motion denied.

**FIRST NAT. BANK OF SING SING** v. **LARKIN** et al. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by the First National Bank of Sing Sing against Francis Larkin and others. No opinion. Order affirmed, with $10 costs and disbursements.

**FISH**, Respondent, v. **HAHN**, Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1908.) Action by John J. Fish against Henrietta Hahn. No opinion. Motion denied, with $10 costs. Order filed.

**FLOYD–JONES**, Respondent, v. **UNITED ELECTRIC LIGHT & POWER CO.**, Appellant. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by Edward P. Floyd-Jones against United Electric Light & Power Company. T. H. Beardsley, for appellant. J. T. McGovern, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re **FOSTER.** (Supreme Court, Appellate Division, Second Department. February 28, 1908.) In the matter of the application of Nathaniel L. Foster for admission to the bar. No opinion. Application granted.

**FREIERMUTH**, Appellant, v. **MARSHALL**, Respondent. (Supreme Court, Appellate Division, Second Department. March 6, 1908.) Action by Lena Freiermuth, an infant, by Charles Freiermuth, her guardian ad litem, against Hyatt L. Marshall. No opinion. Motion denied.

**FRIEDLAND**, Respondent, v. **SAUL** et al., Appellants. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by Koppel Friedland against Harris Saul and others. J. M. Proskauer, for appellants. A. R. Silberberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**FRIEDMAN** et al., Appellants, v. **ENDER** et al., Respondents (two cases). (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Actions by John Friedman and another against John Ender and others. No opinions. Orders affirmed, with $10 costs and disbursements.

**FUHRER**, Respondent, v. **YORKVILLE HUNGARIAN SOCIAL & BENEVOLENT ASS'N OF NEW YORK**, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by William Fuhrer against the Yorkville Hungarian Social & Benevolent Association of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

**FUHRMANN** et al. v. **HECKSCHER.** (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by Ernst Fuhrmann and another against August Heckscher. No opinion. Motion denied, on terms stated in order. Order filed.

**GALVIN**, Appellant, v. **COXE BROS. & CO.**, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Thomas M. Galvin, by guardian, etc., against Coxe Bros. & Co. No opinion. This case having been twice passed, the said appeal was in each case dismissed, under rule 39 of the general rules of practice.

**GARDINER**, Respondent, v. **BROWN**, Appellant. (Supreme Court, Appellate Division, Third Department. March 11, 1908.) Action by L. A. Gardiner against Albert Brown. No opinion. Judgment unanimously affirmed, with costs.

**GARDNER**, Respondent, v. **LACKAWANNA STEEL CO.**, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1908.) Action by George P. Gardner against the Lackawanna Steel Company. No opinion. Judgment affirmed, with costs.

**GARLANZ** v. **SEE.** (Supreme Court, Appellate Division, First Department. February 28, 1908.) Action by Fannie Garlanz against Alonzo B. See. No opinion. Motion granted, with $10 costs. Order filed.

In re **GAVAN.** (Supreme Court, Appellate Division, Second Department. March 6, 1908.)